# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

2008 JUL 21 PM 2:25

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Nathaniel Cullars, Jr. ) | Case No: CR106-00100-001 |
| ) | USM No: 12824-021 |
| Date of Previous Judgment: July 30, 2007 ) | M. V. Booker |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __110__ months **is reduced to** __92 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 110 to 137 months | Amended Guideline Range: | 92 to 115 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated __July 30, 2007,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __July 21, 2008__

Judge's signature

William T. Moore, Jr.
Chief Judge, U. S. District Court

Effective Date: _____
(if different from order date)                     Printed name and title